UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>FRANCISCO LABOY,                    )<br>            Defendant                        ) | Criminal Case No.4:02-cr-40003 |

**ORDER OF DETENTION**
August 27, 2019

Robertson, M.J.

    The defendant, Francisco Laboy ("Defendant"), is the subject of a petition by the Pretrial Services and Probation Department alleging violations of his conditions of supervised release. Defendant is presently serving a state sentence. Defendant made an initial appearance before the court on August 23, 2019 and counsel was appointed. After consultation with counsel, Defendant agreed to entry of a detention order pending a hearing on the petition, without prejudice to Defendant filing a motion seeking pre-hearing release at such time as he deems that he is in a position to do so.

    Accordingly, it is ORDERED that the defendant be DETAINED pending a hearing on the pending petition and it is further ORDERED that:

    (1)    the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    the defendant be afforded reasonable opportunity for private consultation with counsel; and

    (3)    on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined

deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion seeking a hearing to consider the issue of pre-hearing detention, regardless of whether there have been changed circumstances.

 / s / Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge